**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**TINA SCOTT-HARRIS,**

                  **Plaintiff,**                            **1:18-cv-1085**
                                                            **(GLS/CFH)**

                  **v.**

**NYS DEPT. OF HEALTH,**

                  **Defendant.**

**APPEARANCES:**                             **OF COUNSEL:**

**FOR THE PLAINTIFF:**
TINA SCOTT-HARRIS
Plaintiff
Pro Se
617 5th Ave.
Troy, NY 12182

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to the court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel duly filed on November 9, 2018. (Dkt. No. 4.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED**. With respect to plaintiff's request for monetary damages against defendant NYS Dept. of Health, dismissal is **WITH PREJUDICE**; however, plaintiff may file an amended complaint, as set forth in the Report-Recommendation and Order, within thirty (30) days of the date of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint within the time allotted, it shall be referred to the Magistrate Judge for review; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint in the time allotted, the Clerk is directed to close the case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

December 11, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge

2